# United States District Court

──────────────── DISTRICT OF ────────────────

WARREN PEPICELLI, as he is TRUSTEE of the
UNITE NATIONAL HEALTH FUND; and as he is
TRUSTEE of the UNITE NATIONAL RETIREMENT
FUND,
                Plaintiffs

**V.**

A.T. Sportswear, Inc.,
                Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04 C 12632 REK

TO: (Name and address of defendant)
    A.T. Sportswear, Inc.
    366 Eastern Avenue
    Malden, MA  02148

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Gregory A. Geiman, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DEC 16 2004
DATE

(BY) DEPUTY CLERK

AO 440

Ser
NAME
C

0404312U

TRAV

**Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171**
*Middlesex, ss.*

December 31, 2004

By virtue of this writ I have made diligent search for the president, treasurer, clerk, cashier, secretary agent or other officer in charge of the business of the within-named judgment debtor corporation A.T. SPORTSWEAR, INC. but could not find him/her/them within this county; I therefore return this writ without service. Diligent Search ($15.00) Total Charges $15.00

*Lawrence McMahon*
_____
Deputy Sheriff

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted:

**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**
*Suffolk, ss.*

January 14, 2005

I hereby certify and return that on 1/12/2005 at 9:20AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Jennifer Borden, agent and person in charge at time of service, for A.T. Sportswear, Inc., at , 62 Case Square, C/O Alceo N. Tenaglia President Revere, MA 02151. In the service hereof it was necessary and I actually used a motor vehicle 10 miles. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($3.00), Travel ($6.40), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $50.40

Deputy Sheriff   Robert Foscaldo

_____
Deputy Sheriff

Executed on  _____    _____
             Date                Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure