UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN PEPICELLI, as he is TRUSTEE of the UNITE NATIONAL HEALTH FUND; and as he is TRUSTEE of the UNITE NATIONAL RETIREMENT FUND,<br>                Plaintiffs<br><br>vs.<br><br>A.T. SPORTSWEAR, INC.,<br>                Defendant | C.A. No. 04-12632 REK |

**VERIFIED REQUEST TO ENTER DEFAULT**

Plaintiffs Warren Pepicelli, as he is Trustee of the UNITE National Health Fund, et al, request the Clerk to enter the default of A.T. Sportswear, Inc. (hereinafter "A.T."). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

1) This action was filed on December 15, 2003;

2) The Complaint was served on defendant A.T.'s principal Alceo Tenaglia on January 12, 2005; and

3) A.T. has never filed an Answer or a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

Respectfully submitted,

WARREN PEPICELLI, as he is TRUSTEE of the UNITE NATIONAL HEALTH FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

## VERIFICATION

I, Gregory A. Geiman, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

Dated:  February 9, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Verified Request to Enter Default has been served by certified and first class mail upon the defendant A.T. Sportswear c/o its principal Alceo Tenaglia at 62 Case Drive, Revere, MA  02151 this 9th day of February, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
1127 04-533/verreqdf.doc

2