UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>Warren Pepicelli, et al.</u><br>          Plaintiff | CIVIL ACTION<br><br>NO. <u>04-12632-REK</u> |
| V. | |
| <u>A.T. Sportswear, Inc.</u><br>          Defendant | |

### NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>      Warren Pepicelli, et al.      </u>

for an order of Default for failure of the Defendant, <u>  A.T. Sportswear, Inc.  </u>,

to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil

Procedure, notice is hereby given that the Defendant has been defaulted this

<u>   7th   </u> day of <u>  March  </u>, 20<u> 05 </u>.

SARAH THORNTON, CLERK

By:   <u>/S/ Karen Folan       </u>
      Deputy Clerk

Notice mailed to:

A.T. Sportswear, Inc.
c/o Alceo N. Tenaglia
62 Case Square
Revere, MA  02151

(default.not - 10/96) [ntcdflt.]