UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN PEPICELLI, as he is TRUSTEE of the UNITE NATIONAL HEALTH FUND; and as he is TRUSTEE of the UNITE NATIONAL RETIREMENT FUND,<br>　　　　　Plaintiffs<br><br>vs.<br><br>A.T. SPORTSWEAR, INC.,<br>　　　　　Defendant | C.A. No. 04-12632 REK |

### AFFIDAVIT OF LAWRENCE KLEINMAN AS TO MILITARY SERVICE, INFANCY AND INCOMPETENCE

1.　My name is Lawrence Kleinman, and I am the Collections Manager for Amalgamated Life Insurance Company. In this role, I am responsible for collection of fringe benefit contributions owed to the UNITE National Health Fund and the UNITE National Retirement Fund.

2.　I make this affidavit pursuant to the provisions of the Soldiers' and Sailors' Civil Relief Act.

3.　I have caused careful investigation to be made to ascertain whether A.T. Sportswear, Inc., the above-named defendant, is within the military service of the United States, and have concluded on the basis of such investigation that it is not.

4.　I have also caused careful investigation to be made to ascertain whether A.T. Sportswear, Inc. is an infant or incompetent person, and have concluded on the basis of such

investigation that it is not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17th DAY OF MARCH, 2005.

*[signature]*
Lawrence Kleinman

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the DEFENDANT attorney of record for each other party CERTIFIED REGULAR by mailing to on 3/3/05

GAG/gag&ts
1127 04-533/affkleinman-incompet.doc

2