UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WARREN PEPICELLI, as he is TRUSTEE of the UNITE NATIONAL HEALTH FUND; and as he is TRUSTEE of the UNITE NATIONAL RETIREMENT FUND,
    Plaintiffs

vs.

A.T. SPORTSWEAR, INC.,
    Defendant

C.A. No. 04-12632 REK

### AFFIDAVIT OF ANNE R. SILLS

1. My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the UNITE National Health Fund and UNITE National Retirement Fund by A.T. Sportswear, Inc. since on or about July 23, 2002. Since that date, we have incurred legal fees of $1,507.00 and costs of $164.98.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 31st DAY OF MARCH, 2005.

*Anne R. Sills*
Anne R. Sills, Esquire

### CERTIFICATE OF SERVICE

I hereby certified that the above Affidavit has been served by certified and first class mail upon the defendant A.T. Sportswear c/o its principal Alceo Tenaglia at 62 Case Drive, Revere, MA  02151 this 31st day of March, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
1127 04-533/affsills.doc