UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WARREN PEPICELLI, as he is TRUSTEE of the UNITE NATIONAL HEALTH FUND; and as he is TRUSTEE of the UNITE NATIONAL RETIREMENT FUND,
        Plaintiffs

vs.

A.T. SPORTSWEAR, INC.,
        Defendant

C.A. No. 04-12632 REK

## DEFAULT JUDGMENT

Defendant A.T. Sportswear, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $262,326.02 in unpaid benefit funds contributions; $23,609.34 in interest on the unpaid contributions; an additional $23,609.34 in liquidated damages; and $1,671.98 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant A.T. Sportswear, Inc. the principal amount of $262,326.02; prejudgment interest of $23,609.34; liquidated damages of $23,609.34; and attorneys' fees and costs of $1,671.98, for a total judgment of $311,216.68, with interest as provided by law, which interest rate is effective this date is _____ percent.

                                                      _____
                                                      The Honorable Robert E. Keeton
                                                      United States District Court

Dated: _____
GAG/gag&ts 1127 04-533/defltjdg.doc